1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

YAOAN HE,

                Petitioner,

  v.

WILLIAM BARR, et al.,

                Respondents.

CASE NO. C20-1089 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

13
14
15
16

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge. Dkt. 20. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

17     (1)    The R&R is **ADOPTED**;

18     (2)    Petitioner's petition for habeas corpus, Dkt. 1, is **DISMISSED without**
19 **prejudice**;

20     (3)    A certificate of appealability is **DENIED**;

21     (4)    The Clerk is directed to send copies of this order to the parties and to Judge
22 Theiler; and

1     (4)    This case is closed.

2   Dated this 5th day of January, 2021.

_____<br>
BENJAMIN H. SETTLE<br>
United States District Judge